## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACQUELINE ALLEN-FILLMORE,                    :

                    Plaintiff         :    CIVIL ACTION NO. 2:22-cv-01610-BMS

    v.                                            :

                                  :

TRANSPORTATION SECURITY                        :
ADMINISTRATION                                 :
And                                            :
PHILADELPHIA INTERNATIONAL                     :
AIRPORT c/o City of Philadelphia               :

And                                            :

CITY OF PHILADELPHIA                           :

And                                            :

JOHN DOE(S)                                    :

                    Defendants.       :

## STIPULATION TO AMEND COMPLAINT

It is hereby stipulated and agreed upon by and among Plaintiff and Defendants, City of Philadelphia and Philadelphia International Airport (improperly sued as a defendant), that the Philadelphia International Airport is hereby dismissed from this matter, without prejudice, as it is merely an asset of the City of Philadelphia and not capable of suit in its own right. It is further **STIPULATED** and **AGREED** that the caption of this matter shall be revised as follows: "Jacqueline Allen-Fillmore v. City of Philadelphia, Transportation Security Administration and John Doe(s)."

**NEUWIRTH LAW OFFICE, LLC**

By:   _____
      Andrew T. Neuwirth, Esquire
      Attorney I.D. No. 310079
      *Attorney for Plaintiff*


Dated: 5/18/2022

**BENNETT, BRICKLIN
& SALTZBURG LLC**

By:   *Michele Turner, Esquire*
      Michele Turner, Esquire
      Attorney I.D. No. 68343
      *Attorney for Defendants,
      City of Philadelphia and
      Philadelphia International Airport
      (improperly sued as a defendant)*


Dated:      5/18/2022


APPROVED BY THE COURT


_____
                              J.