IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE ALLEN-FILLMORE | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | |
| | : | NO. 22-1610 |
| UNITED STATES OF AMERCA, | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 30th day of August, 2023, in consideration of Defendant United States of America's Motion to Dismiss for Lack of Jurisdiction or in the Alternative for Summary Judgment (ECF Doc. No. 32), Plaintiff and the City of Philadelphia's opposition thereto (ECF Doc. No. 38; ECF Doc. No.41), and Defendant's Reply (ECF Doc. No. 46), it is hereby ORDERED that Defendant's motion is DENIED.

BY THE COURT:

_____

Hon. Mia R. Perez