IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE ALLEN-FILLMORE | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | NO. 22-1610 |
| UNITED STATES OF AMERCA, CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 31th day of August, 2023, in consideration of Defendant City of Philadelphia's Motion for Summary Judgment (ECF Doc. No. 33), Plaintiff and the United States' opposition thereto (ECF Doc. No.41; ECF Doc. No.42), and Defendant's Reply (ECF Doc. No. 46), it is hereby ORDERED that Defendant's motion is DENIED.

BY THE COURT:

_____

Hon. Mia R. Perez