IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE ALLEN-FILLMORE, | : | |
| | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | NO. 22-1610 |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 19th day of September, 2023, upon consideration of Defendant Byrd Enterprises Unlimited, Inc.'s Motion for Summary Judgment (ECF No. 71), it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez