IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE ALLEN-FILLMORE | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | NO. 22-1610 |
| UNITED STATES OF AMERCA, | : | |
| CITY OF PHILADELPHIA, et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 28th day of August, 2024, in accordance with the accompanying Memorandum containing findings of fact and conclusions of law, it is hereby **ORDERED** that Judgment is **ENTERED** in favor of Plaintiff Jacqueline Allen-Fillmore and Defendant City of Philadelphia and against Defendant United States of America.

BY THE COURT:

_____
HON. MIA R. PEREZ