IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACQUELINE ALLEN-FILLMORE | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | NO. 22-1610 |
| UNITED STATES OF AMERCA and CITY OF PHILADELPHIA | : | |
| Defendants. | : | |

## AMENDED JUDGMENT

**AND NOW,** this 20th day of November, 2024, following this Court's Order at ECF No. 113, the Clerk of Court is hereby **ORDERED** to amend the final verdict award in this case to $251,482.89.

BY THE COURT:

_____
HON. MIA R. PEREZ